IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                                    CASE NO. 05-41145TLH4

JOSEY, ALFRED J.
JOSEY, RITA K.                                                        CHAPTER 7

        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
IN ACCORDANCE WITH 11 U.S.C. §347**

    Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 16 | Inland Credit Department<br>P.O. Box 524<br>Bainbridge, GA 39818-0524 | $22.12 |

    /s/ Theresa M. Bender
    THERESA M. BENDER
    CHAPTER 7 TRUSTEE
    Theresa M. Bender, P.A.
    Post Office Box 14557
    Tallahassee, FL  32317
    PH:  (850) 205-7777
    FL. Bar # 0749486
    Tmbenderch7@yahoo.com

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Inland Credit Department
P.O. Box 524
Bainbridge, GA 39818-0524

Dated: 11/29/2011                                              /s/ Theresa M. Bender